UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERTZ,<br><br>    Plaintiff,<br><br>v.<br><br>HEARTLAND REALTY INVESTORS, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-06330-CRB (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 29 |

Discovery in this case has been referred to the undersigned. The Court's Discovery Standing Order states that "counsel for each party shall meet and confer in person or, if counsel are located outside the Bay Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of letters, e-mails, telephone calls or facsimile transmissions does not satisfy the meet and confer requirement." Here, counsel are from the Bay Area, so the in-person meet and confer requirement applies. Accordingly, the Court orders the parties to meet and confer in person. If they are unable to resolve their dispute, they must file a joint discovery letter brief within 14 days.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge